UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| STACY PERKINS,<br><br>Plaintiff,<br><br>v.<br><br>WAL-MART ASSOCIATES, INC.,<br><br>Defendant. | Case No. 1:20-cv-00638-DAD-EPG<br><br>ORDER DIRECTING THE PARTIES TO FILE A VDRP COMPLETION REPORT PURSUANT TO LOCAL RULE 2371(o) |

On July 6, 2020, the parties filed a stipulation agreeing to submit this action to the Voluntary Dispute Resolution Program ("VDRP"). (ECF No. 4.) The Court accordingly entered an order on July 7, 2020, referring the action to VDRP. (ECF No. 5.) The Court's order directed the parties to file their VDRP Completion Report, consistent with Local Rule 271(o), within fourteen (14) days after completion of the VDRP session. (*Id.*)

The deadline for completion of the VDRP session expired on April 30, 2021, and the VDRP Completion Report was accordingly due no later than May 14, 2021. (*See* ECF No. 13.) To date, the parties have not filed their VDRP Completion Report.

///
///
///
///

1

Accordingly, IT IS HEREBY ORDERED that, within seven (7) days of entry of this order, the parties shall file their VDRP Completion Report in compliance with Local Rule 271(o). Alternatively, the parties shall file a joint status report addressing whether there is good cause to extend the time for filing the VDRP Completion Report.

IT IS SO ORDERED.

Dated: **May 21, 2021**

/s/ Erica P. Grosjean
UNITED STATES MAGISTRATE JUDGE