UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| STACY PERKINS,<br><br>  Plaintiff,<br><br>  v.<br><br>WAL-MART ASSOCIATES, INC.,<br><br>  Defendant. | Case No. 1:20-cv-00638-DAD-EPG<br><br>ORDER REGARDING JOINT VOLUNTARY DISPUTE RESOLUTION PROGRAM COMPLETION REPORT<br><br>(ECF No. 17) |

On May 25, 2021, the parties filed a Joint Voluntary Dispute Resolution Program Completion Report. (ECF No. 17.) According to the report, the parties have reached a full settlement of all of Plaintiff's claims and intend to file a stipulation dismissing the case by no later than June 15, 2021, once the settlement amounts have been paid to Plaintiff. (*Id.*)

In light of the parties' report, pursuant to Local Rule 160, IT IS HEREBY ORDERED that any and all deadlines and hearings currently pending before the Court are vacated. The Court further directs the parties to file appropriate dismissal documents no later than June 15, 2021. IT IS SO ORDERED.

Dated: **June 1, 2021**

/s/ Erica P. Grosjean
UNITED STATES MAGISTRATE JUDGE

1